DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Martin Damine Lyle

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00406 AWI-BAM |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: February 11, 2013 |
| MARTIN DAMINE LYLE, | Time: 1:00 p.m. |
| *Defendant.* | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Martin Damine Lyle, that the date for status conference in this matter may be continued to February 11, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is December 10, 2012.  The requested new date is February 11, 2013.**

The arraignment in this matter occurred on November 19, 2012 and the first status conference is scheduled for December 10, 2012.  The government has provided initial discovery but defense counsel has not yet had the opportunity to review the material with Mr. Lyle or to conduct investigation.  This continuance is requested to allow time for initial defense investigation and preparation.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 5, 2012          By */s/ Brian W. Enos*
                                 BRIAN W. ENOS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 5, 2012          By */s/ Eric V. Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Martin Damine Lyle

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **December 5, 2012**              **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE