# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Martin Damine Lyle | Case No. 1:12-CR-00406-1 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Martin Damine Lyle____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following conditions: 1) You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer; 2) You shall participate in the Better Choices Court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a Pretrial Services Officer; 3) All prior ordered conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  01/10/13           _____  01/10/2013
Signature of Defendant    Date               Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      1-10-13
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      1/10/13
Signature of Defense Counsel                 Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ____1/10/13____.
☐ The above modification of conditions of release is *not* ordered.

_____                      1/10/13
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services