**Brian C. Andritch SBN# 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Martin Damine Lyle

# UNITED STATES DISTRICT COURT

## EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No.:** 1:12CR00406-001 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE APRIL 13, 2015** |
| vs. ) | **SENTENCING TO MAY 11, 2015** |
| ) | |
| **Martin Damine Lyle,** ) | DATE:  April 13, 2015 |
| ) | TIME:  1:30 p.m. |
| Defendant. ) | CTRM:  2 |
| ) | Honorable Judge Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties April 13, 2015 sentencing may be continued to 1:30 p.m. on Monday May 11, 2015.

The parties base this stipulation on good cause. To explain, on April 13, 2015, I have a medical appointment and will be unavailable.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in

///

- 1

the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  April 8, 2015  BRIAN ENOS
United States Attorney
Brian Enos

By:  /S/Brian Enos
Assistant United States Attorney
Brian Enos

DATED: April 8, 2015  By: /S/Brian C. Andritch
Attorney for Defendant
Martin Damine Lyle

**ORDER**

IT IS SO ORDERED.

Dated:   April 8, 2015   _____
SENIOR  DISTRICT  JUDGE