**Brian C. Andritch SBN# 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:    559-495-0123

Attorney for Defendant: Martin Damine Lyle

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No.:** 1:12-CR-00406-AWI-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE MAY 11TH, 2015** |
| vs. ) | **SENTENCING TO JUNE 8TH, 2015** |
| ) | |
| **Martin Damine Lyle,** ) | DATE:  MAY  11, 2015 |
| ) | TIME:  1:30 p.m. |
| Defendant. ) | CTRM:  2 |
| ) | Honorable Judge Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties May 11th, 2015 sentencing may be continued to 1:30 p.m. on Monday June 8th, 2015.

The parties base this stipulation on good cause. To explain, on, May 11th, 2015, attorney Brian Andritch will be in jury trial in Fresno Superior Court for case number F12909553.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  April 6, 2015                                             BRIAN ENOS
                                                                                  United States Attorney

                                                                                   By:
                                                                                    Assistant United States Attorney


DATED: April 6, 2015                                              By: /S/Brian C. Andritch
                                                                                  Attorney for Defendant
                                                                                  Martin Damine Lyle

## ORDER

IT IS SO ORDERED.

Dated:   May 5, 2015                             _____
                                                                SENIOR  DISTRICT  JUDGE